JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| GUSTAVO HEREDIA VIVEROS, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BELMONT VILLAGE, L.P., a Delaware Limited Partnership, and DOES 1 through 20, Inclusive, <br><br> Defendants. | Case No.: 2:21-cv-06390 RSWL (MRWx)) <br><br> **ORDER TO DISMISS WITH PREJUDICE** <br><br><br><br> Complaint Filed: July 7, 2021 <br> Removal Date: August 6, 2021 |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ordered that this action be, and hereby is, dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: September 8, 2022

            **/S/ RONALD S.W. LEW**
            Honorable Ronald S.W. Lew
            UNITED STATES DISTRICT JUDGE

**ORDER TO DISMISS WITH PREJUDICE**